UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WILLIAMS, | ) NO. CV 10-01378-SS |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| TERRI GONZALEZ, Acting Warden, | ) |
| Respondent. | ) |

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 17, 2011

                                            /S/
                                 _____
                                 SUZANNE H. SEGAL
                                 UNITED STATES MAGISTRATE JUDGE